HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHUC HUU NGUYEN, | Case No.  2:25-cv-02723-RAJ |
| Petitioner, | ORDER |
| v. | |
| PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; LAURA HERMOSILLO, Acting Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement, | |
| Respondents. | |

ORDER - 1

1    THE COURT has considered Petitioner Phuc Huu Nguyen's motion for
2 appointment of counsel.
3    IT IS ORDERED that Federal Defender Colin Fieman is appointed to represent
4 Petitioner.

6    Dated this 6th day of January, 2026.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2